# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 24, 2012

145078

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

KIEK INVESTMENTS, L.L.C.,
      Plaintiff-Appellee,

v

CHARTER TOWNSHIP OF FRUITPORT,
      Defendant/Third-Party
      Plaintiff-Appellant,
and

SC: 145078
COA: 302491
Muskegon CC: 10-047208-CK

MOORE & BRUGGINK, INC., JACKSON-
MERKEY CONTRACTORS, INC., and THE
OHIO CASUALTY INSURANCE COMPANY,
      Third-Party Defendants.

_____/

      On order of the Court, the application for leave to appeal the March 29, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 24, 2012

_____
Clerk

t0716